UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12 CR 213 HEA |
| | ) | |
| JUAN RAMOS-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT JUAN RAMOS-GARCIA

Comes now the United States of America, by and through undersigned counsel, and respectfully move the Court to dismiss without prejudice the indictment against defendant Juan Ramos-Garcia only, pursuant to Federal Rule of Criminal Procedure 48(a).

SAYLER A. FLEMING
United States Attorney


/s *Tiffany G. Becker*
Tiffany G. Becker #46314MO
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE


Dated: This 13th day of October, 2022.

cc: U.S. Marshal's Service

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was mailed this 13th day of October, 2022, to all parties of record:

/s *Tiffany G. Becker*
Tiffany G. Becker #46314MO
Assistant United States Attorney



**U.S. Department of Justice**
United States Attorney

*Eastern District of Missouri*

*Thomas F. Eagleton U.S. Courthouse*  Telephone: (314) 539-2200
*111 S. 10th Street, Rm. 20.333*  Fax: (314) 539-2309
*St. Louis, MO 63102*

October 13, 2022

| | |
|---|---|
| Defendant: | Juan Ramos-Garcia |
| Date of Indictment: | 5/23/2008 |
| Offense: | Conspiracy to Distribute Meth |
| Cause No.: | 4:12 CR 213 HEA |

To: United States Marshal
111 South 10th Street, Second Floor
St. Louis, Missouri 63102

This is to advise that the matter or case against the above-named defendant has been closed as indicated below. Any unexecuted warrant or unserved summons issued in such case or proceeding and held by you should be returned, with a copy of this letter, to the issuing officer for proper disposition and notation on the issuing officer's records.

<u>Action Taken</u>

☐ Prosecution declined

☐ Complaint dismissed

☒ Indictment or Information dismissed

☐ Commissioner's warrant superseded by Court Warrant

Very truly yours,

SAYLER A. FLEMING
United States Attorney


/s *Tiffany G. Becker*
Tiffany G. Becker #46314MO
Assistant United States Attorney