UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12CR213 HEA |
| | ) | |
| JUAN RAMOS-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Government's Motion to Dismiss Indictment Against Defendant Juan Ramos-Garcia, [Doc. No. 134]. Pursuant to Federal Rule of Criminal Procedure 48(a), the Motion is **GRANTED.**

**IT IS HEREBY ORDERED** the Indictment against defendant Juan Ramos-Garcia is **DISMISSED WITHOUT PREJUDICE**.

Dated this 14th day of October 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE